B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**True Beginnings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA True.com** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**41-2085070** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2201 Long Prairie Road**<br>**Suite 107-394**<br>**Flower Mound, TX** ZIP Code **75022** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                            Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **True Beginnings, LLC** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **True Beginnings, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric A. Liepins**
   Signature of Attorney for Debtor(s)

   **Eric A. Liepins 12338110**
   Printed Name of Attorney for Debtor(s)

   **Eric A. Liepins P.C.**
   Firm Name

   **12770 Coit Road**
   **Suite 1100**
   **Dallas, TX 75251**

   Address

                              **Email: eric@ealpc.com**
   **972-991-5591  Fax: 972-991-5788**
   Telephone Number

   **August  1, 2012**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Managing Member**
   Signature of Authorized Individual

   **Managing Member**
   Printed Name of Authorized Individual

   **Herb Vest**
   Title of Authorized Individual

   **August  1, 2012**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Texas

In re    **True Beginnings, LLC**                      Case No. _____

                                    Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**c/o Jaffe & asher, LLP,**<br>**600 Third Avenue**<br>**New York, NY 10016-1901** | **American Express**<br>**c/o Jaffe & asher, LLP,**<br>**600 Third Avenue**<br>**New York, NY 10016-1901** | | | **239,693.38** |
| **Atrinsic, Inc.**<br>**PO Box 10434**<br>**Uniondale, NY 11555-0434** | **Atrinsic, Inc.**<br>**PO Box 10434**<br>**Uniondale, NY 11555-0434** | | | **120,235.44** |
| **Daniel Vest Trust**<br>**6613 Canon Wren Drive**<br>**Austin, TX 78746** | **Daniel Vest Trust**<br>**6613 Canon Wren Drive**<br>**Austin, TX 78746** | | | **6,815,175.38** |
| **Datran Media**<br>**345 Hudson Street 5th Floor**<br>**New York, NY 10014** | **Datran Media**<br>**345 Hudson Street 5th Floor**<br>**New York, NY 10014** | | | **134,503.00** |
| **Epic Media Group, Inc.**<br>**60 Columbia Way, Ste 310**<br>**Markham, Ontario L3R-0C9** | **Epic Media Group, Inc.**<br>**60 Columbia Way, Ste 310**<br>**Markham, Ontario L3R-0C9** | | | **1,639,741.00** |
| **Herb Vest**<br>**5015 brookview Drive**<br>**Dallas, TX 75220** | **Herb Vest**<br>**5015 brookview Drive**<br>**Dallas, TX 75220** | **convertable notes plus interest** | | **61,514,164.41** |
| **Kerensa Vest**<br>**2505 Turtle Creek**<br>**Apt 9G**<br>**Dallas, TX 75219** | **Kerensa Vest**<br>**2505 Turtle Creek**<br>**Apt 9G**<br>**Dallas, TX 75219** | | **Contingent**<br>**Disputed** | **2,330,029.20** |
| **Matthew Vest Trust**<br>**11 Melbourne Place**<br>**Asheville, NC 28801** | **Matthew Vest Trust**<br>**11 Melbourne Place**<br>**Asheville, NC 28801** | | | **4,826,318.16** |
| **Microsoft LLC**<br>**Lockbox 842467**<br>**1950 N. Stemmons Fwy**<br>**Ste 5010**<br>**Dallas, TX 75207** | **Microsoft LLC**<br>**Lockbox 842467**<br>**1950 N. Stemmons Fwy**<br>**Dallas, TX 75207** | | **Disputed** | **86,708.83** |
| **Microsoft Online, Inc.**<br>**P.O. Box 847543**<br>**Dallas, TX 75284-7543** | **Microsoft Online, Inc.**<br>**P.O. Box 847543**<br>**Dallas, TX 75284-7543** | | | **153,794.59** |
| **Mitel Leasing**<br>**PO Box 972448**<br>**Dallas, TX 75397-2448** | **Mitel Leasing**<br>**PO Box 972448**<br>**Dallas, TX 75397-2448** | | **Contingent**<br>**Disputed** | **195,539.18** |

B4 (Official Form 4) (12/07) - Cont.

In re  **True Beginnings, LLC**                                      Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mitel NetSolutions**<br>**PO Box 53230**<br>**Phoenix, AZ 85072-3230** | **Mitel NetSolutions**<br>**PO Box 53230**<br>**Phoenix, AZ 85072-3230** | | **Disputed** | **1,023,400.22** |
| **Mundo Media**<br>**11 Allstate Parkway**<br>**Suite 300**<br>**Markham, Ontario L3R 9T8** | **Mundo Media**<br>**11 Allstate Parkway**<br>**Suite 300**<br>**Markham, Ontario L3R 9T8** | | **Disputed** | **297,017.50** |
| **Net Margin, LLC**<br>**345 Hudson Street**<br>**5th Floor**<br>**New York, NY 10014** | **Net Margin, LLC**<br>**345 Hudson Street**<br>**5th Floor**<br>**New York, NY 10014** | | | **108,063.00** |
| **Neverblue**<br>**# 201 - 1221 Broad Street**<br>**Victoria, British Columbia**<br>**Canada, V8W 2A4** | **Neverblue**<br>**# 201 - 1221 Broad Street**<br>**Victoria, British Columbia** | | **Disputed** | **160,804.00** |
| **Rancho Fairway**<br>**c/o Stream Realty Partners,**<br>**LP**<br>**2200 Ross Avenue #5400**<br>**Dallas, TX 75201** | **Rancho Fairway**<br>**c/o Stream Realty Partners, LP**<br>**2200 Ross Avenue #5400**<br>**Dallas, TX 75201** | | **Contingent** | **645,614.01** |
| **RevenueAds Affiliate**<br>**Network**<br>**2304 South Post Road**<br>**Midwest City, OK 73130** | **RevenueAds Affiliate Network**<br>**2304 South Post Road**<br>**Midwest City, OK 73130** | | | **174,163.75** |
| **SP III 909 Lake Carolyn**<br>**Parkway, L.P.**<br>**Lockbox 730024**<br>**Dallas, TX 75373-0024** | **SP III 909 Lake Carolyn Parkway, L.P.**<br>**Lockbox 730024**<br>**Dallas, TX 75373-0024** | | **Contingent** | **5,400,000.00** |
| **Unified Messaging Solutions**<br>**LLC**<br>**c/o John T. Ward, Jr., Ward**<br>**& Smith Law**<br>**111 W. Tyler Street**<br>**Longview, TX 75601** | **Unified Messaging Solutions LLC**<br>**c/o John T. Ward, Jr., Ward & Smith Law**<br>**111 W. Tyler Street**<br>**Longview, TX 75601** | | **Contingent** | **150,000.00** |
| **Zoobuh**<br>**c/o Hill, Johnson & Schmutz,**<br>**4844 North 300 West #300**<br>**Provo, UT 84604-5663** | **Zoobuh**<br>**c/o Hill, Johnson & Schmutz,**<br>**4844 North 300 West #300**<br>**Provo, UT 84604-5663** | | **Disputed** | **205,125.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **True Beginnings, LLC**                                Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Herb Vest of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August  1, 2012**                 Signature    **/s/ Managing Member**

                                                     **Managing Member**
                                                     **Herb Vest**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

.

4 Play Media, LLC
3909 Hartzdale Drive Suite 907
Camp Hill, PA 17011

Active Response Group
26 West 17th Street, 9th Floor
New York, NY 10011

Adams, Greg
529 Highland Fairway Lane
Wylie, TX 75098

ADBRITE INC
731 Market Street 5th Floor
San Francisco, CA 94103

Adconion Media, Inc.
2658 Del Mar Heights Rd #203
Del Mar, CA 92014

AdDynamix
1201 West 5th Street Suite T300
Los Angeles, CA 90017

Adify Corporation
PO Box 7247-6987
Philadelphia, PA 19170-6987

Ads4Dough
6965 El Camino Real # 105-441
Carlsbad, CA 92009

Advertise.com
15303 Ventura Blvd
Suite 220
Sherman Oaks, CA 91403

Advertising.com
24143 Network Place
Chicago, IL 60673-1241

Affnet, Inc.
1 City Blvd. West, Suite 1120
Orange, CA 92868

Alan Burks and Jackie Hlastan
c/o Rogge Dunne
1201 Elm Street
Suite 5200
Dallas, TX 75270

American Express
PO Box 650448
Dallas, TX 75265-0448

American Online, Inc
PO Box 5696
New York, NY 10087-5696

Armstrong Archives
1515 Cresent Drive
Carrollton, TX 75006

AT&T Mobility
P O Box 6463
Carol Stream, IL 60197-6463

Atrinsic, Inc.
PO Box 10434
Uniondale, NY 11555-0434

Azoogle Test Site
60 Columbia Way
Ste 310
Markham
Ontario, L3R-0C9

Backgroundchecks.com
P.O. Box 890468
Charlotte, NC 28289

Barcellos, Jane
2501 Ohio Drive, Apt 825
Plano, TX 75093

Bellows, Brian
1217 Indian Trail Rd
Roanoke, TX 76262

Bellows, Patricia
1901 Dalton Drive
Flower Mound, TX 75022

Bill Barnard
1209 Kenshire Lane
Richardson, TX 75081

Buell, Ruben
413 Bryn Meadows
Southlake, TX 76092

Bueno, Juan
2322 Ben Hur
Dallas, TX 75253

Bullard, Michael
275 E Vista Ridge Mall Dr., Apt. 5834
Lewisville, TX 75067

Burst Media LLC
P.O. Box 414116
Boston, MA 02241

Butler, David
4106 Towngate Blvd
Garland, TX 75041

Capital Lease Payable - Bank of the West
Dept LA 23091
Pasadena, CA 91185-3091

Capital Lease Payable - VAR Resources 01
P O Box 6434
Carol Stream, IL 60197-6434

Carstens & Cahoon, LLP
P.O. Box 802334
Dallas, TX 75380

CDNetworks
441 W Trimble Rd
San Jose, CA 95131

Cerf, Linda
5626 Preston Oaks
Dallas, TX 75254

Christina Chritopher
7676 Westmoreland Rd #1723
Dallas, TX 75237

CIT Technology Financing Service Inc
21146 Network Place
Chicago, IL 60673-1211

Cologix
PO Box 731561
Dallas, TX 75373-1561

Convert 2 Media
358 South 700 East Suite B147
Salt Lake City, UT 84102

Convert2Media
358 South 700 East
Suite B147
Salt Lake City, UT 84102

Cotton, Adrienne
2702 Furrs Lane, Apt 14103
Arlington, TX 76006

Countee, Geneva
2616 Furrs St Apt 133
Arlington, TX 76006

CX Digital Media Group, Inc.
PO BOX 31001-1383
PASADENA, CA 91110-1383

Dallas County Utility and Reclamation Di
PO Box 140035
Irving, TX 75014-0035

Daniel Vest Trust
6613 Canon Wren Drive
Austin, TX 78746

Datran Media
345 Hudson Street 5th Floor
New York, NY 10014

Delux Networks
Unknown - they seem to be out of busines

DG International
Amory Building Victoria Road Basseterre
Saint Kitts and Nevis

DMI Partners
121 South Broad St 2nd Floor
Philadelphia, PA 19107

Drawert, Jason
1614 Clarke Springs
Allen, TX 75002

Duncan, Corey
411 Stone Bridge Circle
Allen, TX 75013

Dyn
150 Dow Street
Manchester, NH 03101

Eagle Web Assets, Inc
9933 Lawler Ave Suite 355
Skokie, IL 60077

EagleWeb
9933 Lawler Ave
Suite 355
Skokie, IL 60077

Epic Advertising
60 Columbia Way
Ste 310
Markham
Ontario, L3R-0C9

Epic Media Group, Inc.
60 Columbia Way, Ste 310
Markham, Ontario L3R-0C9

ESPN
13039 Collections Center Drive
Chicago, IL 60693

ESPN Internet Ventures
13039 Collections Center Drive
Chicago, IL 60693

Facebook
15161 Collections Center Drive
Chicago, IL 60693

Family Powered Networks, LLC
1628 NE 17 Way
Fort Lauderdale, FL 33305

Figari & Davenport, LLP
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, TX 75202-3796

Fiorentino Media
123NW 12th Ave #926
Portland, OR 97209

Fling.com
781 Douglas Avenue
Altamonte Springs, FL 32714

Freeman
PO Box 650036
Dallas, TX 75265-0036

Frontline Direct Marketing
2658 Del Mar Heights Rd.
Ste 203
Del Mar, CA 92014

Frontline Direct, Inc.
2658 Del Mar Heights Rd., Ste 203
Del Mar, CA 92014

Gay Ad Network (Family Powered Network)
1628 NE 17 Way
Fort Lauderdale, FL 33305

Giant Realm
254 West 31Street, 8th floor
New York, NY 10001

Gigya, Inc
1975 Landings Drive
Mountain View, CA 94043

Gilbert Mediation Group
3131 McKinney Ave
Suite 125
Dallas, TX 75204

Globe Electric Service
P.O. Box 181715
Dallas, TX 75218-1715

Gonzalez, Jacinto
12686 Blue Ridge Drive
Frisco, TX 75034

Gorilla Nation Media
5140 W. Goldleaf Circle, Suite 300
Los Angeles, CA 90056

Greystone Equipment Finance Corporation
P.O. Box 934824
Atlanta, GA 31193-4824

GSI Media (dba Pepperjam)
PO Box 824063
Philadelphia, PA 19182-4063

Gunggo Co. Ltd.
1001 Sandhurst Circle
Ste 205
Scarborough
Ontario, M1V 1Z6

Health Advertisements
10 Crest Fruit Court
Manalapan, NJ 07726

Herb Vest
5015 brookview Drive
Dallas, TX 75220

Ho, Cindy
1050 Lake Carolyn Pkwy, apt 4356
Irving, TX 75039

Hydra, LLC
4600 Madison Ave
Suite 1000
Kansas City, MO 64112

Imperial Credit corporation
45 East river Park place West
Suite 308
Fresno, CA 93720

Insider Guides, Inc.
280 Union Square Drive
New Hope, PA 18938

Insite
401 E. Las Olas Blvd
Ste 130-488
Ft. Lauderdale, FL 33301

Insite Direct, Inc
401 E. Las Olas Blvd
Ste 130-488
Ft. Lauderdale, FL 33301

Intela, LLC
1881 9th St Suite 102
Boulder, CO 80302

Internet Dynamix, LLC
c/o Iconic Industry, Inc.
501 W. Broadway
Suite A520
San Diego, CA 92101

Inventus
2001 Bryan Street
Suite 2180
Dallas, TX 75201

Irving ISD Tax Office
P.O. Box 152021
Irving, TX 75015-2021

Jay Fink
1865 Las Gallinas
San Rafael, CA 94903

JBM Advertising
6700 NW Broken Sound Pkwy
Boca Raton, FL 33487

John R. Ames, CTA
PO Box 139066
Dallas, TX 75313-9066

John Starkis
54 Circle Rd
Crossville, TN 38572

Kerensa Vest
2505 Turtle Creek
Apt 9G
Dallas, TX 75219

Konica Minolta
PO Box 740423
Atlanta, GA 30374-0423

Lead Impact, LLC
PO Box 122354
Dallas, TX 75312-2354

LexisNexis
PO Box 2314
Carol Stream, IL 60132-2314

Litigation Solution, Inc
901 Main Street
Suite C-121
Dallas, TX 75202

LocalSaver
18900 Kinbrace Street
Porter Ranch, CA 91326

Malkosky, Justin
527 Chasewood Dr
Grapevine, TX 76051

Malouf Lynch Jackson & Swinson, PC
12222 Merit Drive
Ste 1000
Dallas, TX 75251

Matthew Vest Trust
11 Melbourne Place
Asheville, NC 28801

McKee, Andrea
4101 Parkway Dr
Grapevine, TX 76051

McKee, Travis
4101 Parkway Drive
Grapevine, TX 76051

McLeod, Pierre
3228 Grantwood Drive
Dallas, TX 75229

Meek, McRobert
3813 Summercrest Dr.
Ft. Worth, TX 76109

MegaPath
Dept. 0324
PO Box 120324
Dallas, TX 75312-0324

Merge Media
1700 Pacific Avenue, Suite 400
Dallas, TX 75207

Microsoft LLC
Lockbox 842467
1950 N. Stemmons Fwy
Ste 5010
Dallas, TX 75207

Microsoft Online, Inc.
P.O. Box 847543
Dallas, TX 75284-7543

Miller, Leala
701 Mockingbird Drive
Lewisville, TX 75067

Mitel Leasing
PO Box 972448
Dallas, TX 75397-2448

Mitel NetSolutions
PO Box 53230
Phoenix, AZ 85072-3230

Moore, Dustin
3313 Roundup Rd
Fort Worth, TX 76179

Moya, Antonio
3542 High Bluff Drive
Dallas, TX 75234

Mundo Media
11 Allstate Parkway
Suite 300
Markham, Ontario L3R 9T8

My Yearbook.com (Insider Guides)
280 Union Square Drive
New Hope, PA 18938

MySpace.com
File 50503
Los Angeles, CA 90074-0503

N&D Marketing
444 Roule 111
Smithtown, NY 11787

Nava-Ferreira, Maria
701 Mockingbird Drive
Lewisville, TX 75067

Navisite
PO Box 10138
Uniondale, NY 11555-0138

nDemand Affiliates
10400 N. Vineyard Blvd
Suite D
Oklahoma City, OK 73120

Net Margin
345 Hudson Street
5th Floor
New York, NY 10014

Net Margin, LLC
345 Hudson Street
5th Floor
New York, NY 10014

Neverblue
# 201 - 1221 Broad Street
Victoria, British Columbia
Canada, V8W 2A4

Neverblue Media
# 201 - 1221 Broad Street
Victoria, Britsh Columbia
Canada, V8W 2A4

Pepper Jam
PO Box 824063
Philadelphia, PA 19182-4063

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250

Placecast
184 Rose St.
San Francisco, CA 94102

PlentyOfFish.com
PO Box 841
Yarmouth
NS, B5A4K5

PR Newswire
G.P.O. Box 5897
New York, NY 10087-5897

Raines, John
41 Osprey Court
Southlake, TX 76092

Rancho Fairway
c/o Stream Realty Partners, LP
2200 Ross Avenue #5400
Dallas, TX 75201

Reich, Stephen
312 Lakewood Ct
Coppell, TX 75019

Return Path
304 Park Ave. S.
7th Floor
New York, NY 10010

Revenue Ads
2304 South Post Road
Midwest City 73130

RevenueAds Affiliate Network
2304 South Post Road
Midwest City, OK 73130

Richardson & Patel LLP
750 Third Avenue
9th Floor
New York, NY 10017

Roberson, Crytian
4839 N. Galloway, Apt 8104
Mesquite, TX 75150

S2Verify
PO Box 2597
Roswell, GA 30077

Saavedra, Christina
3232 Jennings Ave
Fort Worth, TX 76110

Secco Squared, LLC
1 Columbus Place
Suite S34F
New York, NY 10019

See, Sandra
3021 Ave K
Fort Worth, TX 76105

Sims, Reagan
111 Montreal Dr.
Hurst, TX 76054

Smith, April
3453 Caprock Ranch Road
Roanoke, TX 76262

SoftLayer
4849 Alpha Road
Dallas, TX 75244

SP III 909 Lake Carolyn Parkway, L.P.
Lockbox 730024
Dallas, TX 75373-0024

Sub Vertrue
# 201 - 1221 Broad Street
Victoria British Columbia
Canada V8W 2A4

Tatto Media
155 Federal Street
Suite 600
Boston, MA 02110

Taylor, James
8721 Hanford Dr
Dallas, TX 75243

Teens Co
27475 Westover Way
Valencia, VA 91354

Texas Ice Leasing Company
P.O. Box 710328
Dallas, TX 00071-0328

Texas State Comptroller
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528

The Hartford
P O Box 660916
Dallas, TX 75266-0916

Thompson West
P O Box 64833
St Paul, MN 55164

Tmobile
P O Box 660252
Dallas, TX 75266-0252

Traffic Marketplace (Connexus)
P. O. BOX 201984
DALLAS, TX 75320-1984

Trancos
6800 Koll Center Parkway
Suite 170
Pleasanton, CA 94566

Trancos, Inc
6800 KOLL CENTER PARKWAY
SUITE 170
PLEASANTON, CA 94566

Trellian
6-8 East Concourse
BEAUMARIS
VIC 3193 Australia

Trevino, Richard
12737 Foxpaw Trail
Keller, TX 76244

Trilogi, Inc.
c/o Burford & Ryburn, LLP
3100 Lincoln plaza
500 N. Akard
Dallas, TX 75201-6697

Tucker, Joseph
3104 Hutchison Street, Apt 104
Fort Worth, TX 76106

Turn Two Media
33 East 33rd Street
Suite 804
New York, NY 10016

Unified Messaging Solutions LLC
c/o John T. Ward, Jr., Ward & Smith Law
111 W. Tyler Street
Longview, TX 75601

UnsubCentral Inc.
Dept CH 19112
Palatine, IL 60055-9112

Vergent
PO Box 1731
Forney, TX 75126

Verifi
8391 Beverly Blvd.
Box #310
Los Angeles, CA 90048

Verizon
P.O. Box 920041
Dallas, TX 75392-0041

Vest, Herb
5015 Brookview
Dallas, TX 75220

Web Loyalty
101 Merritt 7-4th Floor
Norwalk, CT 06851

Webjuice
303 Bryant St.
3rd Floor
Mountain View, CA 94041

Winston & Strawn
36235 Treasury Center
Chicago, IL 60694-6200

WooMe
830 Menlo Ave.
Ste 105
Menlo Park, CA 94025

XYZ.com (Rapid Response Market)
7500 W. Lake Mead Blvd. #9-463
Las Vegas, NV 89128

Yahoo!  Inc.
P.O. Box 3003
Carol Stream, IL 60132-3003

Yahoo!  Search Marketing
P.O. Box 89-4147
Los Angeles, CA 90189-4147

Zoobuh
c/o Hill, Johnson & Schmutz,
4844 North 300 West #300
Provo, UT 84604-5663

# United States Bankruptcy Court
### Eastern District of Texas

In re   **True Beginnings, LLC**                                                                    Case No.

                                                    Debtor(s)                Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **True Beginnings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aldredge, John**
**17907 Benchmark Dr.**
**Dallas, TX 75252**

**Bellows, Patricia**
**1901 Dalton Drive**
**Flower Mound, TX 75022**

**Buell, Jennifer**
**413 Bryn Meadows**
**Southlake, TX 76092**

**Buell, Ruben**
**413 Bryn Meadows**
**Southlake, TX 76092**

**Carmack, Michael**
**8200 Loma Alta Trail**
**McKinney, TX 75070**

**Carr, Tricia**
**11826 Frontier Drive**
**Frisco, TX 75034**

**Cerf, Linda**
**5626 Preston Oaks**
**Dallas, TX 75254**

**Cheung, Brian**
**431 Trinity River Circle**
**Dallas, TX 75203**

**Cole, Taylor**
**2700 Lakemont**
**Flower Mound, TX 75022**

**Conner, Christopher**
**607 Cwyndellons Lane**
**Grand Prairie, TX 75052**

**Corlae, Michael**
**5930 E. Royal Ln. Apt # 268**
**Dallas, TX 75230**

**Flynn, Danny**
**1512 South Fork Dr.**
**Keller, TX 76248**

**Goynes, Melanie**
**2324 Throckmorton Street**
**Dallas, TX 75219**

**Hughes, Tiffany**
**2758 Bridal Wreath**
**Dallas, TX 75233**

**Jacobi, Jason**
**3990 Spring Valley Rd Apt 127**
**Dallas, TX 75244**

**Knotts, Cindy**
**222 Inverness Dr.**
**Trophy Club, TX 76262**

**Kumar, Rohan**
**420 W 42nd Street, Apt # 37D**
**New York, NY 10036**

**Lewis, Weston**
**1191 Whispering Water**
**Spring Branch, TX 78070**

**Lindmark, Jeremiah**
**2120 Knoll Crest**
**Arlington, TX 76014**

**Lynd, Laura**
**14617 Lakecrest Drive**
**Addison, TX 75001**

**McGee, Cornell**
**5700 Green Hollow**
**The Colony, TX 75056**

**McKee, Travis**
**4101 Parkway Drive**
**Grapevine, TX 76051**

**Moore, Dustin**
**3313 Roundup Rd**
**Fort Worth, TX 76179**

**Morrow, Robert**
**9500 Byron Drive**
**Frisco, TX 75035**

**Nash, Louie**
**3801 Foxfire Drive**
**Arlington, TX 76017**

**O'Donnell, Tim**
**12304 Green Ash Drive**
**Keller, TX 76248**

**Patti, Anthony**
**3002 Esters Ct**
**Irving, TX 75062**

**Perry, Bryan**
**7017 Spanish Oaks Dr**
**North Richland Hills, TX 76180**

**Raines, John**
**41 Osprey Court**
**Southlake, TX 76092**

**Rogers, Christopher**
**6810 Davidson St #202**
**The Colony, TX 75056**

**Ruiz, Carlos**
**2206 Stillwater Dr**
**Mesquite, TX 75181**

**Siulte, Vytas**
**916 Clermont**
**Dallas, TX 75223**

**Taylor, James**
**5957 Ross Ave**
**Dallas, TX 75206**

**Vest, Herb**
**5015 Brookview**
**Dallas, TX 75220**

**Vest, Kerensa**
**2505 Turtle Creek Blvd., #9G**
**Dallas, TX 75219**

**Villegas, Ashliegh**
**1909 Copper Mountain Dr**
**Justin, TX 76247**

**Wright, David**
**9237 Biscayne Blvd**
**Dallas, TX 75218**

☐ None [*Check if applicable*]

**August 1, 2012**
Date

**/s/ Eric A. Liepins**

**Eric A. Liepins 12338110**

Signature of Attorney or Litigant

Counsel for    **True Beginnings, LLC**

**Eric A. Liepins P.C.**

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**