Benjamin H. Price (TX 24060441)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214.999.3000
Facsimile: 214.999.3696

*COUNSEL FOR COLOGIX, INC.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TRUE BEGINNINGS, LLC, | § | Case No. 12-42061 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Benjamin H. Price and the law firm of Gardere Wynne Sewell LLP represent Cologix, Inc. ("**Cologix**"), a creditor in the above-captioned case, and request, pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

Benjamin H. Price
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: 214-999-3696
Email: bprice@gardere.com

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES     Page 1 of 3
DALLAS 2343051v.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Cologix (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) regarding any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 28, 2012

Respectfully submitted,

*/s/ Benjamin H. Price*
Benjamin H. Price (TX 24060441)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone:  214.999.3000
Facsimile:  214.999.3696

**COUNSEL FOR COLOGIX, INC.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 28, 2012, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

                 */s/ Benjamin H. Price*
                 Benjamin H. Price