IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § | **CASE NO 12-42061** |
| **TRUE BEGINNINGS, LLC,** | § § | **CHAPTER 11** |
| Debtor. | § § § | |

### CHRISTOPHER J. MOSER, THE CHAPTER 11 TRUSTEE, NOTICE OF WITHDRAWAL OF THE SECOND AMENDED PROPOSED PLAN OF LIQUIDATION

Christopher J. Moser, in his capacity as Chapter 11 Trustee of the bankruptcy estate of True Beginnings, LLC ("Trustee") hereby files this Notice of Withdrawal of the Second Amended Proposed Chapter 11 Plan of Liquidation filed on October 10, 2013 (Docket #254).

Respectfully submitted,

/s/ *William L. Medford*
William L. Medford
Texas State Bar No. 00797060
Timothy A. York
Texas State Bar No. 24035719
Quilling Selander Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
 214) 871-2111 – Facsimile
wmedford@qslwm.com
tyork@qslwm.com

**ATTORNEYS FOR CHRISTOPHER J. MOSER, THE CHAPTER 11 TRUSTEE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of November 2013, a true and correct copy of the foregoing document was served by ECF upon the Debtor, the Debtor's counsel, the United States Trustee, the chapter 11 trustee, and all other persons and entities who have filed ECF appearances in this case.

                                                                         */s/ William L. Medford*

4815-5439-4646, v. 1